THE STATE OF OHIO, APPELLEE, *v.* MALIN, APPELLANT.

[Cite as *State v. Malin* (1994), 71 Ohio St.3d 285.]

(No. 94–1755—Submitted October 24, 1994—Decided December 21, 1994.)

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Elaine Welsh,* Assistant Prosecuting Attorney, for appellee.

*Chester W. Malin, pro se.*

*Per Curiam.* The decision of the court of appeals is affirmed for the reasons stated therein.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.